# United States Court of Appeals
## For the First Circuit

No. 07-1169

VLADIMIR KOZAK,

Petitioner,

v.

ALBERTO GONZÁLES,
UNITED STATES ATTORNEY GENERAL,

Respondent.

ERRATA SHEET

The opinion of this Court issued on September 14, 2007, is amended as follows:

On page 2, line 6, "July 7" should read "July 5."